MATTHEW DILLON

Digitally signed by
MATTHEW DILLON
Date: 2024.01.10 10:13:54
-06'00'

1/19/24
amg

AO 102 (01/09) Application for a Tracking Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of Oklahoma

In the Matter of the Tracking of
*(Identify the person to be tracked or describe
the object or property to be used for tracking)*
1996 FORD F-150, BEARING OK
LICENSE PLATE EHT750,
VIN: 1FTEF15Y1TLB61985, REGISTERED TO
STEVEN SWINFORD AT 2288 COUNTY ROAD 133
BLANCHARD, OKLAHOMA

)
)
)
)
)
)
)

Case No.  M-24-57 AMG

## APPLICATION FOR A TRACKING WARRANT

I, a federal law enforcement officer or attorney for the government, have reason to believe that the person, property, or object described above has been and likely will continue to be involved in one or more violations of

_18_ U.S.C. § _2339B_ . Therefore, in furtherance of a criminal investigation, I request authority to install and use a tracking device or use the tracking capabilities of the property or object described above to determine location. The application is based on the facts set forth on the attached sheet.

☑ The person, property, or object is located in this district.

☐ The person, property, or object is not now located in this district, but will be at the time of execution.

☑ The activity in this district relates to domestic or international terrorism.

☐ Other:

The tracking will likely reveal these bases for the warrant under Fed. R. Crim. P. 41(c): *(check one or more)*

☑ evidence of a crime;

☑ property designed for use, intended for use, or used in committing a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ a person to be arrested or a person who is unlawfully restrained.

☑ I further request, for purposes of installing, maintaining or removing the tracking device, authority to enter the following vehicle or private property, or both:
1996 FORD F-150, BEARING OK LICENSE PLATE EHT750, VIN: 1FTEF15Y1TLB61985, REGISTERED TO STEVEN SWINFORD AT 2288 COUNTY ROAD 1333, BLANCHARD, OKLAHOMA

☑ Delayed notice of _366_ days (give exact ending date if more than 30    _1/19/2025_   ) is requested under days: 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Bailey Kennedy, FBI Special Agent
*Applicant's printed name and title*

Sworn to before me and signed in my presence.

Date:    1/19/24

City and state:   Oklahoma City, Oklahoma

*Judge's signature*

Amanda Maxfield Green, United States Magistrate Judge
*Printed name and title*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN THE MATTER OF THE INSTALLATION AND MONITORING OF A TRACKING DEVICE ON A 1996 FORD F-150, BEARING OKLAHOMA LICENSE PLATE EHT750, VEHICLE IDENTIFICATION NUMBER (VIN) 1FTEF15Y1TLB61985, REGISTERED TO STEVEN SWINFORD AT 2288 COUNTY ROAD 1333, BLANCHARD, OKLAHOMA | Case No. _____<br><br>**Filed Under Seal** |

## AFFIDAVIT IN SUPPORT OF

## AN APPLICATION FOR A TRACKING WARRANT

I, Bailey Kennedy, Special Agent of the Federal Bureau of Investigation (FBI), United States Department of Justice, being duly sworn, depose and state as follows:

### INTRODUCTION AND OFFICER BACKGROUND

1. I make this affidavit in support of an application for a search warrant under Federal Rule of Criminal Procedure 41 and 18 U.S.C. § 3117 to authorize the installation and monitoring of a tracking device on a **1996 Ford F-150, bearing Oklahoma license plate EHT750, Vehicle Identification Number (VIN) 1FTEF15Y1TLB61985, registered to STEVEN SWINFORD at 2288 County Road 1333, Blanchard, Oklahoma ("SUBJECT VEHICLE").** Based on the facts set forth in this Affidavit, I believe that the **SUBJECT VEHICLE** is presently being used in furtherance of Providing Material Support or Resources to Designated Foreign Terrorist Organizations, in violation of 18 U.S.C. § 2339B, and that there is probable cause to believe that the installation of

tracking device on the **SUBJECT VEHICLE** and use of the tracking device will lead to evidence, fruits, and instrumentalities of the aforementioned crimes, as well as to the identification of individuals who are engaged in the commission of those and related crimes.

2.      I am a Special Agent with the FBI Joint Terrorism Task Force (JTTF). I have been employed as a Special Agent with the FBI since June 2022, and I am currently assigned to the Oklahoma City Division. Since becoming a Special Agent, I have been involved in a variety of investigative matters, including investigations involving international terrorism, some of which involve the radicalization of United States citizens and those individuals providing material support or resources to Designated Foreign Terrorist Organizations in violation of 18 U.S.C. § 2339B.

3.      As part of the investigation for which the warrant presented for, the subject has expressed a desire to travel to Syria in support of Islamic State of Iraq and al-Sham ("ISIS")[1] or, in the alternative, to commit an act of violence at an undisclosed Walmart.

---

[1] On or about October 15, 2004, the U.S. Secretary of State designated al Qaeda in Iraq ("AQI"), then known as Jam'at al Tawhid wa'al-Jihad, as a Foreign Terrorist Organization ("FTO") under Section 219 of the Immigration and Nationality Act (the "INA") and as a Specially Designated Global Terrorist under section 1(b) of Executive Order 13224. On or about May 15, 2014, the Secretary of State amended the designation of AQI as an FTO under Section 219 of the INA and as a Specially Designated Global Terrorist entity under section 1(b) of Executive Order 13224 to add the alias Islamic State of Iraq and the Levant ("ISIL") as its primary name. The Secretary also added the following aliases to the FTO listing: the Islamic State of Iraq and al-Sham (*i.e.*, "ISIS"—which is how the FTO will be referenced herein), the Islamic State of Iraq and Syria, ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-Furqan Establishment for Media

2

Tracking devices will allow law enforcement to monitor the subject's location and may help locate co-conspirators and their vehicles and/or residences, locations of weapons, and potential targets. The subject is within a twenty-minute drive to the nearest Walmart.

4.      Tracking devices help law enforcement conduct surveillance, especially when the subject vehicle resides in a rural location where it is not possible for law enforcement to conduct physical surveillance without detection. Law enforcement has already been confronted by multiple individuals while conducting surveillance. Continued physical surveillance in this manner could alert the subject to law enforcement's presence and jeopardize the investigation and safety of others. In order to avoid being discovered, law enforcement has had to conduct surveillance miles away from **SUBJECT VEHICLE** and rely solely on pole camera to assess when the subject leaves the residence.

5.      I have personally participated in the investigation set forth below. The facts in this Affidavit come from my personal observations, my review of documents related to this investigation, oral and written communications with others who have personal knowledge of the events and circumstances described herein, a review of public source information including information available on the Internet, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show there is sufficient probable cause for the requested warrant, but it does not set forth all my knowledge on the matter.

---

Production. On September 21, 2015, the Secretary added the following aliases to the FTO listing: Islamic State, ISIL, and ISIS.  To date, ISIS remains a designated FTO.

## PROBABLE CAUSE

6.    Law enforcement, including the FBI, is conducting a criminal investigation into **LANDON KYLE SWINFORD ("SWINFORD")** in the Western District of Oklahoma.

7.    On or about July 11, 2023, a New York City Police Department (NYPD) Detective reported an undercover employee (UCE) with NYPD had engaged in communications with an online Instagram user named USAMA SAJID AL-HASHIM (as shown below, an alias for **SWINFORD**) from approximately May 2023 to present over multiple communication platforms.

8.    On or about May 18, 2023, USAMA SAJID AL-HASHIM made contact via Instagram messenger with the UCE after the UCE liked one of his ISIS propaganda postings on Instagram.    Documented communications show USAMA SAJID AL-HASHIM stated he had been a non-Muslim for eighteen years and resided in Oklahoma.

9.    NYPD reported that in subsequent communications with the UCE, USAMA SAJID AL-HASHIM expressed a desire to travel overseas to fight with ISIS, suggesting the UCE and him travel together.    If unable to travel, USAMA SAJID AL-HASHIM suggested, "And if we can't leave, inshallah we will create a battlefield here. The kufr[2] will tremble beneath our boots either way."

---

[2] Kufr means non-believers, referring to people who do not believe in the Muslim faith.

4

10.    On or about June 15, 2023, via text from the phone number +1 (405) 423-9059 (linked to **SWINFORD** as shown below) to the UCE, USAMA SAJID AL-HASHIM stated, "I wish there was like a super rich Muslim that's balling in cash that could just help the brothers who want to make hijrah[3]."

11.    On or about June 17, 2023, USAMA SAJID AL-HASHIM sent the UCE via text message from phone number +1 (405) 423-9059 four videos of ISIS fighters executing and beheading captives.

12.    On or about June 17, 2023, USAMA SAJID AL-HASHIM stated, "If I can't go to Sham [Syria] for Jihad[4], I'll just go to Walmart."

13.    On or about June 18, 2023, USAMA SAJID AL-HASHIM asked via text from phone number +1 (405) 423-9059 if the UCE has been able to find an ISIS recruiter, commenting that before 2020 ISIS would contact Muslims proactively but USAMA SAJID AL-HASHIM he "sucked" at Arabic, so he was not sure.  USAMA SAJID AL-HASHIM also noted, "Not being a Muslim for 18 years and still living with your parents makes everything a bit more complicated but I'm trying and I have my heart set on Jihad fisabilillah [in the cause of Allah]." USAMA SAJID AL-HASHIM said an unspecified contact told him he could travel to Tunisia.

---

[3] Hijrah is an Arabic term meaning migration to an Islamic Land. In my knowledge and experience, ISIS supporters commonly refer to hijra as leaving Dar al Kufr (Land of the Non-believers) to emigrate and join ISIS overseas.

[4] Jihad is the spiritual struggle within oneself against sin or a struggle or fight against the enemies of Islam.

14.     On or about June 20, 2023, USAMA SAJID AL-HASHIM sent the UCE via text phone number +1 (405) 423-9059 a picture of a shotgun that he said belonged to his father. Two other shotguns are visible in the photograph.  USAMA SAJID AL-HASHIM stated these weapons "do have a lot of recoil but they do wonders on Kuffar [infidels]." USAMA SAJID AL-HASHIM also claimed to have shot pistols and a small .22 caliber gun a few times throughout his life, but "sadly" nothing as big as an AK-47.

15.     On or about June 28, 2023, USAMA SAJID AL-HASHIM shared his manifesto via text from phone number +1 (405) 423-9059 with the UCE, including the following excerpts:

- "I swear to Allah that my loyalty and service is to him and to the Islamic State. I am a servant of Allah, my duty is to fight for him and for my Ummah[5]. My brothers and sisters suffer every day, the kuffar will get that in return, in'sha'allah[6]."

- "The Islamic State will expand and I swear that I will fight until the law of Allah is established everywhere."

- "Allah guides me and His other servants to jihad. Our Lord will get our loyalty until we breathe our last breath and enter Paradise."

- "For the sake of Allah, I will slaughter kuffar alongside my brothers. You must accept it, this war will end with all of the kuffar[7] destroyed and we will be victorious."

- "We as believers need to advance on the armies of kuffar. we must slaughter their soldiers and destroy their might."

- "To cast terror into the eyes of the enemies of Allah is beautiful thing. I do not care if the world calls me a terrorist, I will cast terror for the sake of Allah."

---

[5] Ummah means the whole community of Muslims bound together by ties of religion.

[6] In'sha'allah means "God willing" when translated literally. It is based on the Quran's teaching that nothing occurs apart from God's will.

[7] Kuffar means non-believers, referring to people who do not believe in the Muslim faith.

16.    On or about June 25, 2023, USAMA SAJID AL-HASHIM sent a text from +1 (405) 423-9059 to the UCE a photograph of himself with an ISIS flag in the background. He also sent a picture of himself wearing a headscarf and holding a knife as depicted below:



17.    On or about July 11, 2023, FBI submitted an emergency disclosure request to Verizon Wireless ("Verizon") for telephone number +1 (405) 423-9059 ("telephone number"). Verizon Wireless confirmed they provide service for the telephone number. Verizon listed **SWINFORD's** adoptive mother, Tara Swinford, as the subscriber for the telephone number with a listed address of 2288 County Rd. 1333, Blanchard, Oklahoma ("residence"). On approximately July 11, 2023, a one-time ping at approximately 2:57 PM CST, determined the telephone number was located at Latitude: 35.084747 and Longitude: -97.732261. The ping was located near Middleberg, Oklahoma which is approximately one mile from the residence. The pings had accuracy of approximately 6,000 feet.

18.    On or about July 11, 2023, FBI searched for the telephone number in a database which listed "LANDON" as the associated name for the telephone number.

7

19.     On or about July 11, 2023, FBI submitted an emergency disclosure request to Meta Platforms, Inc. ("Meta") for Facebook account UID: 100093180627724 which was found to be associated with **SWINFORD**. Meta listed the account holder as Usama Sajid Al-Hashim, date of birth March 3, 2005, which is the same date of birth as **SWINFORD,** and the account being registered with the telephone number. Meta returns also listed static IP address 158.62.189.163 registered to Facebook account UID: 100093180627724.

20.     An open-source search determined IP address 158.62.189.163 was owned by Oklahoma Electrical Cooperative ("OEC"). FBI submitted emergency disclosure request to OEC. OEC advised the referenced IP address belonged to Steven Swinford, the adoptive father of **SWINFORD,** with a listed address at the residence.

21.     On or about July 11, 2023, FBI confirmed an Oklahoma Driver's License associated with **SWINFORD**, that listed a date of birth March 3,2005, with a residence at 2288 County Road, 1333, Blanchard, Oklahoma (the residence). The Oklahoma driver's license photograph of **SWINFORD** appeared to be the same person in the photograph USAMA SAJID AL HASHIM sent the UCE reference in paragraph 16.



22.    Open-source research of **SWINFORD's** adoptive mother's Instagram account (@taraeatonswinford), identified **SWINFORD** as her eighteen-year-old son. On June 24, 2021, **SWINFORD's** adoptive mother's Instagram account posted a picture of **SWINFORD** with a white 1996 Ford F-150 and stated the pickup was given to **SWINFORD** as a gift from his grandfather. There are multiple other posts showing **SWINFORD** in his truck on his mother's Instagram and Facebook accounts.



23.    Oklahoma Tax Commission showed a white 1996 Ford F-150, bearing Oklahoma license plate EHT750, as registered a Steven Swinford at the residence.

24.    On or about July 12 and July 13, 2023, FBI surveillance observed **SWINFORD** entering and operating the white Ford F-150 throughout the day. Video footage was also captured of **SWINFORD** operating the truck.

25.    As mentioned above, the residence, which is where **SUBJECT VEHICLE** is located, is in a rural location. The residence does not provide an opportune area to conduct physical surveillance without alerting **SWINFORD** of law enforcement presence. FBI surveillance teams have already been approached multiple times by neighbors, farmers, and oil field workers as they were performing surveillance. Placing a tracking

device on **SUBJECT VEHICLE** will allow FBI surveillance to be able to conduct their duties without alerting **SWINFORD**.[8]

26.    Law enforcement has conducted since surveillance on **SWINFORD** since on or about July 11, 2023, to present. During this time, **SWINFORD** is the only person to operate **SUBJECT VEHICLE**. **SWINFORD** has operated **SUBJECT VEHICLE** multiple times since surveillance has begun. **SWINFORD** has used the **SUBJECT VEHICLE** to drive to his employer's residence, church, and for short trips to gas stations or food locations.

27.    As mentioned above, **SWINFORD** expressed a desire to travel to Syria in support of ISIS or, in the alternative, to committing an act of violence at an undisclosed Wal-Mart on behalf of ISIS. The residence is located near Highway 62, which allows access to three different Walmarts in neighboring towns, two of which are in different directions, and all within 20-to-30-minute drive times.    Affiant believes obtaining a tracking device will assist law enforcement in locating the subject and providing continued coverage of **SWINFORDS's** whereabouts and travel for the purpose of maintaining physical surveillance and situational awareness. Maintaining such surveillance and situational awareness is critical for the purpose of preserving public safety and during

---

[8] On July 15, 2023, a federal warrant was issued to install a tracker on **SUBJECT VEHICLE**. **SWINFORD's** residence is in a rural location where it is easily known when people from outside the community are in the residential neighborhood and there are several security devices in the area. **SWINFORD** did not use the **SUBJECT VEHICLE** on many occasions during the 10-day installation period. When **SWINFORD** did drive the **SUBJECT VEHICLE** during the 10-day installation period, he did not travel to locations that provided an opportunity to install the tracker. The tracker was not able to be placed because doing so would have jeopardized the investigation and put law enforcement personnel at risk.

continued efforts by law enforcement to investigate and adequately disrupt any potential plans to conduct attacks as described above. Additionally, a tracking device may allow FBI to locate co-conspirators and their vehicles and/or residences, locations of weapons, and potential targets.

28.    On or about July 31, 2023, this Court authorized a search warrant for installation of a tracker on the **SUBJECT VEHICLE**. The tracker was installed on the **SUBJECT VEHICLE** on or about August 2, 2023. The warrant expired on September 14, 2023.

29.    On or about September 14, 2023, a warrant for the installation of tracker on the **SUBJECT VEHICLE** was issued by the Court and served on the same day by the FBI. The warrant expired on October 29, 2023.

30.    On or about October 27, 2023, a warrant for the installation of a tracker on the **SUBJECT VEHICLE** was issued by the Court and served on the same day by the FBI. The warrant expired on December 11, 2023.

31.    On or about December 7, 2023, a warrant for the installation of a tracker on the **SUBJECT VEHICLE** was issued by the Court and served on December 8, 2023, by the FBI. The warrant expires on January 21, 2024.

32.    On or about August 29, 2023, **SWINFORD** told the UCE that he was beginning a new job as a painter for a family friend. The job would consist of him painting buildings at various locations. On the same date, **SWINFORD** began traveling to Medicine Park, OK for this new job. **SWINFORD** told the UCE he was in Medicine Park for his new job and sent the UCE photographs of the house he was painting.

33.    FBI surveillance has shown on weekdays starting from August 29, 2023, **SWINFORD** parks at National Martial Arts and rides with the owner of the gym to painting job locations. FBI analysis shows the owner of National Martial Arts in also the owner and operator of Black Belt Painting OKC. Both businesses are operated out of 11829 S Portland Avenue, Oklahoma City, OK.

34.    Analysis of pen register data shows **SWINFORD** communicates with the UCE daily and is his top contact. **SWINFORD** continues to tell the UCE about his desire to perform acts of jihad. On or about August 29, 2023, **SWINFORD** spoke to the UCE about the mass shooting event in Jacksonville which occurred on August 26, 2023. **SWINFORD** stated, "Let's make it a goal to make it every day."

35.    On or about September 24, 2023, **SWINFORD** had a phone call with the UCE from phone number +1 (405) 423-9059, which was recorded. In this phone call, **SWINFORD** made statements about using his vehicle to run over homosexuals. **SWINFORD** told the UCE he had talked to one of his kuffar friends who told him that **SWINFORD's** vehicle would only be big enough to run over six homosexuals. **SWINFORD** told the UCE that would not be enough [homosexuals].

36.    On or about September 24, 2023, during the same recorded phone call with the UCE, **SWINFORD** stated he was going to make an ISIS allegiance video. **SWINFORD** said he had already written what he was going to say and would record the allegiance video at his fishing spot.

37.    On or about September 25, 2023, **SWINFORD** sent the UCE a recorded ISIS allegiance video. In the video, **SWINFORD** pledged his allegiance to ISIS two times. He

called for his brothers to make hijrah and that jihad was the only way to get rid of scum. **SWINFORD** ended his video by burning an Israeli flag with a nasheed[9] playing in the background.

38.    On or about September 30, 2023, **SWINFORD** sent a text to the UCE stating he was attending an Oklahoma University football game. He told the UCE he had looked at barricades and security at the stadium and thought the stadium could be a potential target.

39.    On or about October 3, 2023, **SWINFORD** directed the UCE to **SWINFORD's** public Instagram account, @alamrikimedia. On the account, **SWINFORD** posted a statement that read, **"CAST FEAR INTO THE HEARTS OF THE KUFFAR THIS HALLOWEEEN Dress up as your favorite mujahideen and Bomb a synagogue."** Another post read, "Spice up your autumn with some cold-hearted JIHAD FISABILILLAH."



---

[9] A nasheed is an Islamic vocal song typically sang without music. Extremists make nasheeds containing language that encourage violence or hijrah.

13



40.    On or about October 10, 2023, **SWINFORD** sent a text to the UCE that he had researched New Orleans as a potential target. **SWINFORD** had calculated the distance from Oklahoma to New Orleans and told the UCE they could scout the area together.

41.    On or about October 13, 2023, the UCE met with **SWINFORD** in or around Norman, Oklahoma. **SWINFORD** utilized **SUBJECT VEHICLE** to drive to the meeting location in Norman, Oklahoma.

42.    **SWINFORD** indicated to the UCE that his preferred plan was to travel overseas for hijrah in the Middle East. **SWINFORD** indicated he still needed to obtain a passport and that his parents maintained the documents he would need to complete a passport application. **SWINFORD** also stated that he needed more money to complete such action. The UCE offered an alternative to traveling overseas without a passport (such as the use of a freight ship) and **SWINFORD** appeared to be interested in this option. **SWINFORD** was excited that the "brothers" had liked his bayat video. Given the obstacles of traveling overseas and his lack of money, **SWINFORD's** ability to travel was not

believed to be imminent and this was something he planned to work towards over an extended period of time.

43.     **SWINFORD** indicated his backup plan would be to conduct an attack in the U.S., but he stated there were better target than Oklahoma. **SWINFORD,** suggested that they target New Orleans. There was some discussion about how such a plan could be executed. **SWINFORD** mentioned that he needed to obtain guns for any U.S.-based operation. Based on the UCE's interaction with **SWINFORD,** it appeared there was not an imminent threat of violence from him in the Oklahoma area of responsibility.

44.     **SWINFORD** did not commit to either plan at the time, nor did he provide a timeline of when he would travel or carry out an attack.

45.     On or about October 15, 2023, **SWINFORD** texted the UCE that he was going to continue doing research into New Orleans. **SWINFORD** texted the UCE two hyperlinks to two separate YouTube videos on butane-based explosives. **SWINFORD** texted the UCE, "Now imagine an entire U-Haul truck full of it," followed by a photograph of a U-Haul truck. **SWINFORD** told the UCE they needed to get a remote detonator, surround the detonator with propane tanks, and fill a U-Haul up with butane gas. **SWINFORD** told the UCE that propane tanks are available at gas stations for them to use.

46.     On or about October 15, 2023, **SWINFORD** texted the UCE that the UCE would need to figure out if the contact [for hijrah] would be able to get them a ship in Louisiana for the rest of the plan.

47.     On or about October 16, 2023, **SWINFORD** texted the UCE a screenshot of articles regarding the death of a six-year-old child in Illinois that was stabbed to death for

15

being Muslim.[10] **SWINFORD** later stated he had gone to a restaurant and that he wanted to stab everyone in the restaurant because the entire country should pay for the young child's death. **SWINFORD** continued that the kuffar would pay, and they [**SWINFORD** and the UCE] would slit every single throat until they [**SWINFORD** and the UCE] would be standing knee deep in the blood and their brothers and sister were avenged for the sake of Allah.

48.    On or about October 16, 2023, **SWINFORD** texted the UCE that Mardi Gras in New Orleans took place in February. **SWINFORD** texted he would continue to research the streets to see where the celebration takes place and he would also check if the New Orleans Pride Parade was anywhere near it.

49.    **SWINFORD** texted the UCE he had already picked a target for destruction and not for the kills. **SWINFORD** told the UCE he wanted to attack the "Voodoo Temple" and that his plan was to douse the place in gasoline and place ten to twenty butane cans for an explosion. The UCE inquired when **SWINFORD** wanted to execute the plan. **SWINFORD** told the UCE they would need to recon the location together first, but thought the attack could take place in 2024. **SWINFORD** said he wanted to make sure that everything in the temple would be destroyed and would not mind killing the voodoo priestess if the opportunity presented itself.

---

[10] On or about October 11, 2023, a six-year-old Muslim boy and his mother were stabbed by their landlord in Illinois. The landlord was charged with the murder of the boy and the attempted murder of the mother. The incident is currently being investigated as a hate crime, the victims were targeted due to their religion and Palestinian ethnicity.

50.    On or about October 17, 2023, **SWINFORD** texted the UCE that he had an idea for the "voodoo temple" and that they would need two to five more brothers with them for the "operation." On or about October 18, 2023, **SWINFORD** explained his plan would be to enter the temple just before closing and they [**SWINFORD** and the UCE] along with the brothers would gather all of the people in the temple and put them on their knees. They would then cover all the windows and a brother would lock the exits and stand guard. One of the brothers would then start video recording **SWINFORD** executing the priestess while the brothers executed the other people. After the executions, they would douse the temple with fuel and "put some of those homemade things I showed you in the videos," [referencing the YouTube videos as described in Paragraph 44].

51.    On or about October 19, 2023, the UCE inquired why **SWINFORD** was still studying for the aviation vocational school and wanted to know if **SWINFORD** was serious about his plans. **SWINFORD** told the UCE attending the school would be a "cover." **SWINFORD** said he knew gathering supplies for his plans would take time and he needed to do something to divert his parents' attention.

52.    On or about October 19, 2023, the UCE texted **SWINFORD** about serious news he had received from the brothers. The UCE told **SWINFORD** a cargo ship in New Orleans would leave from New Orleans in approximately 40 to 45 days and it would cost $550 to travel. The cargo ship would then transport them overseas to Egypt and from there, brothers would take them to Sanaa, Yemen.

53.    On or about October 19, 2023, **SWINFORD** told the UCE he would begin coming up with a cover story to travel to New Orleans to tell his parents. **SWINFORD**

17

said since he still lived with his parents, he usually tells them where he goes during the day so he would need to fabricate a believable story of why he would travel to New Orleans.

54. On or about October 19, 2023, the UCE told **SWINFORD** the brothers would need a down payment for hijrah to make sure he was serious about travel. **SWINFORD** asked the UCE how to make the payment and question regarding the use of money applications or money services such as Western Union or MoneyGram.

55. On or about October 19, 2023, **SWINFORD** texted the UCE that they did not have to do the bombing plan and just make hijrah instead. **SWINFORD** stated making hijrah would fulfill their obligation without excuses since making hijrah is an order. **SWINFORD** told the UCE that they could conduct the bombing plan in New Orleans if it could be successfully done without jeopardizing making hijrah. **SWINFORD** said the mindset would be to conduct an attack if able, but the main goal would be making hijrah.

56. On or about October 19, 2023, **SWINFORD** asked the UCE for explicit directions on how to use a money Service like Western Union or MoneyGram. After explanation of how to use the service, **SWINFORD** told the UCE there was a Western Union in a Wal-Mart located in Norman, OK. **SWINFORD** said he would be in Norman, OK on Wednesday (October 25, 2023) and he would go to make the money transfer for hijrah.

57. On or about October 20, 2023, **SWINFORD** texted the UCE and asked the UCE to give him step-by-step directions how to make the money transfer so he would not do anything wrong. **SWINFORD** also asked the UCE if he could just use cash to make the

wire transfer order instead of a debit card because he did not want his mother to see changes in his bank account.

58.    On or about October 20, 2023, **SWINFORD** texted the UCE that he had made a cover story to tell his parents on why he would be traveling to New Orleans. He would tell his parents he was going to stay at a friend's house for a few days. **SWINFORD** said once he got on the boat in New Orleans, he would destroy his personal cellphone because he did not want to be tracked and figured his parents may make a missing person report.

59.    On or about October 21, 2023, **SWINFORD** texted the UCE that his mother had come into his bedroom looking for a Halloween costume for his younger brother. **SWINFORD** believed that his mother must have found his thobe and kufi[11] in his room because they were missing. **SWINFORD** did not know how his parents would handle finding the items but said he would not tolerate his parents trying to convert him back from Islam to Christianity. **SWINFORD** said he would lie to his parents and state the thobe and kufi were for a Halloween costume. **SWINFORD** told the UCE he believed he would get in trouble with his parents.

60.    On or about October 21, 2023, **SWINFORD** texted the UCE stating he had located more Western Union locations for the transaction. **SWINFORD** asked the UCE if $100 would be enough for a down payment because he wanted to save money for supplies for the journey.

---

[11] A thobe is a traditional long sleeve Middle Eastern robe. A kufi is a brimless, short cap traditionally worn in the Middle East.

61.     On or about October 22, 2023, all conversations, to include text, telephonic, and social media, stopped between **SWINFORD** and the UCE. The pen register and trap and trace data showed the last outgoing data at approximately 2:49 PM on or about October 22, 2023.

62.     From on or about October 23, 2023, to on or about October 25, 2023, the pen register and trap and trace data showed no outgoing communications from **SWINFORD's** cellphone. During the same time frame, the ping of **SWINFORD's** cellphone showed that the device did not leave his residence. During that time period, there were incoming text messages from the UCE and one incoming phone call, as described below.

63.     On or about October 22, 2023, FBI surveillance observed **SWINFORD** being picked up by his employer at his residence. Later that evening, **SWINFORD** returned to his residence in his father's vehicle with his father. Ping data showed that **SWINFORD's** cellphone had not left his residence.

64.     On or about October 25, 2023, FBI surveillance observed **SWINFORD** leave his residence with his father in his father's vehicle. **SWINFORD** had previously told the UCE that this was the day he was supposed to take an aviation test at the Moore Norman Technology Center. **SWINFORD** and his father returned to his residence a few hours later. Pen register and trap and trace data showed an approximately one-minute incoming phone call between **SWINFORD's** cellphone and a phone number associated to the Moore Norman Technology Center. FBI is unable to determine if this phone call was answered or sent to voicemail.

65.     On or about October 25, 2023, the ping data stopped producing results and gave notification, "CARRIER FAILED TO LOCATE PHONE." **SWINFORD's** cellphone had still been an active line but indicated his phone had either been turned off or died. On January 10, 2024, FBI reviewed updated records from Verizon which showed **SWINFORD's** line was deactivated on November 25, 2023. **SWINFORD's** parents' lines were disconnected from Verizon on December 23, 2023.

66.     FBI surveillance was able to determine that SWINFORD had left his residence on or about October 29, 2023, with his parents and younger brother in the vehicle.

67.     On or about November 5, 2023, on or about November 11, 2023, on or about November 15, 2023, on or about November 18, 2023, on or about November 25, 2023, on or about November 27, 2023, and on or about November 28, 2023, **SWINFORD** was observed leaving his residence in **SUBJECT VEHICLE**. Data from the tracking device on **SUBJECT VEHICLE** showed **SWINFORD** left his residence. **SWINFORD** then returns to his residence where **SWINFORD** is observed exiting **SUBJECT VEHCILE** and entering his residence. **SWINFORD** was the sole occupant of **SUBJECT VEHCILE** on the above-mentioned occasions.

68.     On or about November 16, 2023, **SWINFORD's** mother posted on her public Instagram account a photograph of **SWINFORD** holding an acceptance letter from the Moore Norman Technology Center. The caption on the account stated that **SWINFORD** had been accepted for the aviation mechanic school and would be attending in February 2024.

21

69.    Pen register, trap and trace, and ping data has not been produced by **SWINFORD's** cellphone to date.

70.    **SWINFORD** has continued to utilize **SUBJECT VEHICLE** as his typical method of transportation. **SWINFORD** has been observed as the only operator of **SUBJECT VEHICLE. SWINFORD** has never been observed operating any other vehicle at his residence other than **SUBJECT VEHICLE. SWINFORD's** schedule does not have maintain consistency, but **SWINFORD** typically uses **SUBJECT VEHICLE** multiple times throughout the week to travel into Blanchard, OK.

71.    FBI believes that tracking device on **SUBJECT VEHICLE** is still necessary to assist with surveillance of **SWINFORD. SWINFORD** continues to utilize the **SUBJECT VEHICLE** to leave his residence. Physical surveillance is difficult to conduct due to the rural location of his residence.

## AUTHORIZATION REQUEST

72.    Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to Federal Rule of Criminal Procedure 41 and 18 U.S.C. § 3117, that authorizes members of the FBI or their authorized representatives, including but not limited to other law enforcement agents and technicians assisting in the above-described investigation, to install a tracking device on the **SUBJECT VEHICLE** when it is in the Western District of Oklahoma within the ten (10) days of issuance of the proposed warrant, to maintain, repair, and/or replace the tracking device as necessary, and to remove the tracking device from the **SUBJECT VEHICLE** after the use of the tracking device has ended, and to monitor the tracking device for a period of 45 days following the issuance of

the warrant, including when the tracking device are inside private garages and other locations not open to the public or visual surveillance, both within and outside the Western District of Oklahoma.

73. In accordance with 18 U.S.C. § 3103a(b) and Federal Rule of Criminal Procedure 41(f)(3), I further request that the warrant delay notification of the execution of the warrant for 90 days after the end of the authorized period of tracking (including any extensions thereof) because there is reasonable cause to believe that providing immediate notification may have an adverse result, as defined in 18 U.S.C. § 2705. This is an ongoing investigation that may involve several subjects. It is anticipated that this investigation may continue for a period of several additional months. Providing immediate notice would seriously jeopardize the ongoing investigation by prematurely revealing its existence and giving suspects an opportunity to flee from prosecution, endanger the lives or physical safety of others, destroy or tamper with evidence, intimidate potential witnesses, notify confederates, and change patterns of behavior.

74. As noted above, the rural location of the residence has made physical surveillance difficult without alerting neighbors, farmers, oil field workers, and **SWINFORD** himself. The residence's location coupled with the mobile nature of the **SUBJECT VEHICLE** make it difficult to predict with certainty where the vehicle will be located when installation may be accomplished without detection. It is highly likely that

23

installation without detection may only be accomplished in the night. Therefore, I request authorization to install the tracking device at any time in the day or night.

**FUTHER THE AFFIANT SAYETH NOT.**

Bailey Kennedy, Special Agent
Federal Bureau of Investigation (FBI)

Subscribed and sworn to before me this __19th__ day of January, 2024.

AMANDA MAXFIELD GREEN
United States Magistrate Judge

24